# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PENELOPE WALTERS

VERSUS

ALLSTATE INSURANCE COMPANY,
CANAL INDEMNITY COMPANY,
NORTHPARK CARWASH OF
SLIDELL, L.L.C., TRACY
JONES, AND STORMY LEBOEUF

NO.   2020 CW 0368

**JUNE 19, 2020**

---

In Re:   Canal Indemnity Company, Northpark Carwash of Slidell, LLC, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2014-11178.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.**

> VGW
> JMG
> WJB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.